IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER IRELAND,<br>Petitioner | )<br>)<br>) |
| vs. | ) Civil Action No. 05-1623<br>) Judge Gary L. Lancaster/ |
| MRS. BROOKS; DISTRICT ATTORNEY<br>OF THE COUNTY OF ALLEGHENY;<br>ATTORNEY GENERAL OF THE STATE<br>OF PENNSYLVANIA; THOMAS N.<br>FARRELL,<br>Respondents | ) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

_____
GARY L. LANCASTER
United States District Judge

2/7/06

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      Christopher Ireland
      GB-6366
      SCI Albion
      10745 Rt 18
      Albion, PA 16745